IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

MARSHALL DIVISION

| | | |
|---|---|---|
| JOHN ROBERT DEMOS, #6287455 | § | |
| VS. | § | CIVIL ACTION NO. 2:10cv134 |
| UNITED STATES OF AMERICA | § | |

ORDER ADOPTING REPORT AND RECOMMENDATION

The Court referred the above-entitled and numbered civil action to United States Magistrate Judge Charles Everingham. The Magistrate Judge presented for consideration the Magistrate Judge's Report, containing proposed findings of fact and recommendations for disposition of this case. No objections were filed.

This Court finds that the Magistrate Judge's findings and conclusions are correct, and adopts them as the Court's findings and conclusions. The Court therefore

**ORDERS**, **ADJUDGES,** and **DECREES** that Petitioner's case is **DISMISSED WITHOUT PREJUDICE** for lack of jurisdiction; and

**ORDERS** that all motions not previously ruled on are denied.

**SIGNED this 28th day of October, 2010.**

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE